```
             UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Gregory Maggi

    v.                                              Case No. 17-cv-253-PB

NH State Prison, Warden

## ORDER

After due consideration of the objection filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 22, 2020, and deny the motion (Doc. No. 23) to the extent it seeks injunctive relief.

                                              /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

Date: October 14, 2020

cc: Gregory Maggi, pro se
    Elizabeth C. Woodcock, Esq.