```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Gregory Maggi

    v.                                                        Case No. 17-cv-253-PB

Michelle Edmark

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 14, 2022 and dismiss Mr. Maggi's claims asserting: violation(s) of his Fourth Amendment rights; violation(s) of his Fifth and Fourteenth Amendment right against self-incrimination; violation(s) of his Sixth Amendment right to the effective assistance of trial counsel to the extent that his trial counsel failed to fulfill promises, accede to requests, arrange the return of his property, and address the conditions of his confinement; state habeas court error; violation(s) of his Eighth Amendment right not to be subjected to excessive bail, and violations of state law.

                                                                  /s/Paul Barbadoro  
                                                                  Paul J. Barbadoro  
                                                                 United States District Judge

Date: February 8, 2023

cc: Gregory Maggi, pro se  
    Counsel of Record